December 7, 2021

Dear Your Honor,

Thomas Hardy wrote, "And yet to every bad there is a worse."

I am the adopted mother of one of the minors whose image(s) were found on the
defendant's computer.

Every morning I expect an email from the Victim Notification Service telling me
another person has seen footage of my son's horrific experience. The idea that my
son's rape and face are out there sickens me and makes me lose faith in humanity.
These are adults watching my son get hurt. They are watching my son's innocent
childhood being murdered while they sit there and pleasure themself. It is disgusting
and horrific.

My son is still a child, and still so young and so hopeful that he can put his past
behind him. How can he, if these videos are not only out there but that there are
people WATCHING and SHARING his videos?! My son is in therapy and he struggles
with sharing his pain with what happened to him. I now know that I will have to tell
him his videos are still being shared and watched by ADULTS who are supposed to
know better and have morals. He is going to be a VICTIM all over again. He IS a
victim every time someone views the videos of his abuse. He just doesn't know it yet,
because I am terrified that when he finds out, he will break and I won't be able to get
my son back.

I don't want to lose my son to people like these perverted monsters who get off on
seeing innocent children get violated over and over again. Their claim of not doing
any harm to the kids, that they are just "looking" is not true. Not only are they
hurting the chances of overcoming my own fear of strangers recognizing my son's
face, more IMPORTANTLY, these heartless defendants are KILLING my son's chance
of EVER being able to feel safe in the world. How is he ever supposed to feel safe
knowing there are people watching videos of his abuse? What will this do to his
identity, especially when he is a teenager?

Right now my son struggles with talking about what is going on with him emotionally
and mentally. He constantly degrades himself and refuses to believe any possible
good will come his way.  There is a song called "The Man Who Sold The World." It is a
song covered by a 1990s band called Nirvana. The song is about a man who no longer
recognizes himself and feels awful about it.  When I think about the evil that was
endured by my kids, especially my son, it is hard not to see him one day look in the
mirror and question who he is.

How many years of therapy will he have to attend in order for him to move forward
with his life? Even then, how will he ever feel safe if he thinks someone might
recognize his face?

The one thing adults are supposed to provide for our children is safety. My son may never feel safe knowing there are people watching and sharing images of his trauma.

These defendants need to be held accountable for the pain, suffering and trauma they put my son through. They are choosing to continuously make my son a victim by watching and sharing his images.

Thank you for taking the time to read my statement.

Sincerely,


_____

**RAP72 SERIES**
**VICTIM IMPACT STATEMENT**

## "JACK" VICTIM IMPACT STATEMENT

I make this declaration under penalty of perjury. I am a victim of child pornography.

At the time my abuse I was a child. I have never told anyone (other than the police, my lawyers, and Dr. Green) about what happened to me as a child. Even though I was just a child, and didn't fully understand what was going on, I feel a great deal of shame and embarrassment knowing that the images of my abuse are available to others.

I did not know that images of my abuse were recorded or distributed, until I was informed by law enforcement, many years after the abuse occurred. Learning that there were images was very upsetting to me. Knowing that people can see these images from many years ago is a very unsettling  feeling  and makes me feel very insecure.  You never know who has seen it. It could be anyone.

It's something that never goes away, and no matter what I try or how hard I try, it's something I cannot forget or escape.

Having the images of my childhood sexual abuse in circulation on the internet, and among pedophiles truly affects every day of my life. It makes me antisocial. I don't want to be around people, and I avoid situations that will bring me in to contact with others because I don't know who might have seen the images.

I have no confidence. I have a hard time talking to people that I meet, and even people that I know.

I have never told anyone (other than the police, my lawyers, and Dr. Green) about what happened to me as a child. I have not shared this with any of my family members or close friends.

It's something that is always in the back of my head and that I have to deal with for the rest of my life. It is a burden that I do not feel that I can share with anyone who knows me.

Dated this 25th day of January, 2019.



I was a victim of child sexual abuse, starting before I was eleven years old and continuing for almost two years. I was manipulated and groomed and left to believe that my victimization was all my fault. I have spent much of my adult life trying to move forward in my own way and leave that victimization behind. I was working on it. My life was thrown into absolute chaos and I was robbed of my right to decide who should know about that shame filled part of my history when the police called me and met with me because sex offenders were trading images of my abuse online.

Having these photos posted on the internet and knowing that there are nothing but sick individuals pleasuring themselves to me being molested as a kid has done nothing but haunt me for ever since. I can't eat, I can't sleep unless if I'm using drugs and alcohol.

I'm scared to go to bed cause all I can do is just picture these sick people using the pictures of my most vulnerable state to their advantage. If I'm lucky enough to fall asleep then that's all I have dreamt about since I've been told what's happened. I have not been in a relationship in over 5 years (since these images were discovered) and I haven't slept with anyone in almost 3 years because I am unable to perform because when I feel the slightest bit of comfort towards someone else that's all I can think about.

Being manipulated and groomed and then sexually abused when I was young was one thing, but I got over it. The one thing I can't get over is knowing that people are still constantly reliving and enjoying what has happened to me. I am sorry but I'm not sure there is a punishment significant enough for the hurt they are causing by the way they have seen me and enjoyed the nightmare that I had to go through as a kid.

At first when I found out I was in shock. I didn't know what to feel because I have always tried to hide my emotions but as the time has gone by all I could feel is anger and disgust in myself because I feel like I let these pictures happen. It's just another way to blame myself and feel shame for all that is happening in my life. I hate myself for it and I have honestly tried to kill myself just so that I don't have to think about it anymore. I can't keep committed to anything anymore cause I'm terrified that if I trust

1

someone enough that I ~~would~~ have to deal with this again. This isn't about what one sick person did to me anymore.  There is a whole community out there that continues to want to hurt me.  I get extremely angry and defensive at the slightest problem that happens my way because I don't want to ever feel what I am feeling right now.

I feel like my trust in humanity ~~is~~ has gone knowing that there are people out there watching me at my most vulnerable state. It absolutely sickens me and I honestly do feel like I'm not a man but a kid that is just stuck in a corner with no way out. Knowing what I know now if I knew I could just not wake up tomorrow I would do it. I hate the way that these pictures have ruined my life and turned me into how I feel today. I try to better my life but no matter what I will always know that there is this predator that is masturbating to my pictures and videos. I honestly wish that I could just end it to not have to feel anymore but I know that will never happen so I have to live the rest of my life feeling the way I do. I hope this message gets brought to these ~~scumbags~~ sick people so that they actually realize how much they have ruined not only my life, but my soul and spirit. I wasn't always the best kid but I was happier towards life instead of constantly feeling worthless and looking at myself like I'm the problem. I can't even take a picture unless if I'm forced to because of this and people get frustrated and mad at me but they will never understand how I feel. This whole situation is nothing but horrible and I don't know how much I have left in me to take. These people have taken all my emotions from me and I can't cope with it anymore.

If there is one thing I could say to those entertained by the  images of my abuse,  I honestly wish you nothing but the worst because you have taken everything from me – my present and my future.

I swear and affirm under penalty of perjury that the above statement is true.


Date: March 29, 2019          Signature._____

"Kuazie" From the "Raptor" series                    2

To whomever it may concern:

I am a victim of child molestation and rape. I was filmed, photographed and exploited so others could watch. The person who did this to me made it so that not only could he get what he wanted, but so that other pedophiles could share and extend my abuse and rape. They share photos and videos of me, sell them, and keep a succession of my torture going on forever. It never ends. It is never over. It keeps coming back, day after day after day, year after year, and I can never escape it.

I have to deal with this on a daily basis. Nobody whose images of their rape and torture are on the internet can live normally again. I find it hard to talk or be around people, including my family. I have wanted to try therapy, but the thought of talking about what is continuing to happen is horrifying in itself. Interactions with people are stressful to me. I constantly wonder if someone I know knows about the videos, or, if they don't know, if they will find out.

Having photos and videos on the internet is sickening. You don't know who has seen them. When someone's

1/5

eyes wander too long it's hard
not to wonder if they recognise
me. Having these images and videos
out there for anyone to see makes
me wonder all the time who has
witnessed my abuse and rape and did
nothing but keep and share it. I want
to consider vocational rehabilitation, in
hopes that I may, some day, be able
to have a job, to contribute to the
support of my family, but knowing
that I could encounter someone who
has seen the images of my abuse
makes me fear situations where I
may be recognized by strangers who
have witnessed my abuse.

When I was in middle school
some kids found out about my
past from their older siblings. I
was bullied relentlessly until I had
to switch schools. Then again at 16
a man 30 years older than me
came onto me. He asked for pictures
of me! I couldn't believe at 16
another man was trying to exploit
me. I broke down and told a fellow
employee. He told our boss and the
older man was shortly transferred.
Had he seen the images and wanted
more? Did he think I would welcome
his attention because of what he had seen?

I want to try to have a normal life, and I am trying, but I am afraid of being recognized or discovered and exposed, again. I fear talking to strangers, employers, and acquaintances. I fear that someone will recognize me, and that my past could be revealed to everyone around me. The worst moments of my life are forever being re-played on the internet. That is not the part of me I want people to see and know, and yet, so many people are interested in the worst moments of my life. They make assumptions about me that are wrong, based upon what they have seen on the internet, not who I was then or who I am now or who I could be in the future.

I can never feel secure, in any situation. I can never know how many people have witnessed my abuse. Although I know I am not responsible for what happened to me, I still feel great shame about the ways that others can see me portrayed. It is not how I would choose to be seen or known. And I don't even know who is looking at me! I cannot imagine what kind of panic I would go in if someone on the street would identify me.

3/5

How would anyone process that? Nobody should live in fear of bumping into a pedophile on the street, and not knowing they have pictures of you or some other poor soul in their possession. But I know that there are a lot of people who have seen my images on the Internet. I don't even know how many; I don't think anyone knows.

I have hundreds of notices of people who have been arrested with disgusting pictures of me, pictures created for other perverts. And that doesn't even include how many who are never arrested, who are still walking the street, who find pleasure looking at images of a child being defiled by an adult. For the rest of my life, someone will always be looking at me when I was just a little girl, someone watching, taking advantage of a helpless child to find sexual release from crimes against a child. The biggest horror to me is if someone were to be caught with images of me and not convicted or locked up. I fear that the pedophiles who are searching for and finding my images might not be satisfied with just

4/5

looking at what happened to me, and might go rape and ruin another child.

If you have children, like I do, you would know that these people do not change. They cannot be helped. It doesn't affect you until it happens to you or a loved one. I don't trust anyone but my husband with our child. I become overwhelmingly protective of my own children because I know it can happen to anyone, because it happened to me.

Dated this 11/23/2017 day of November, 2017.



5/

## VICTIM IMPACT STATEMENT
### OF MOTHER

It's very difficult to describe how I feel and how my life has changed by these events. I spend a lot of time crying, when I'm driving, when I am home, when I am trying to understand what has happened to the child I knew, etc. I can't help thinking and feeling like a failure as a mother and that I wasn't able to protect my child. Why is this happening? How could I have not known? How could this happen right under my nose? I am completely overwhelmed with guilt, sadness, hate and so much more that I can't describe or control sometimes.

The day I got the phone call my child was being abused/molested was the most awful feeling. I was so sickened and in shock. I really did not believe it and thought it was all a nightmare and I would wake up to find out it couldn't be true. To hear that pictures and videos had been taken of my child engaging in sexual behavior, and they were being sold, traded or what not across the country was almost more than I could stomach. The pictures and videos that I had seen of my child is NOTHING any child or person should have to endure in their lifetime. No person or parent should ever have to see this done to their child or see their child doing these horrific things...things I will never be able to erase that from my head..... And to think I wasn't there to stop it or help keep him from these animals. I feel responsible for not being able to protect my child from the monster who did these things to him, and who recorded and distributed the images of my son's abuse.

Up until we were notified of Jessy's abuse, and the distribution of his abuse images, he pretty much lived a normal happy life prior to learning that his images are on the internet. He used to be so lively, loving, happy and caring. He used to LOVE to play outside with friends and even be around his family. He was such a Character and a goof ball and always smiling. That has all changed. He has become quite reclusive, staying in his room, playing video games. He no longer likes to participate in very much unless it is with people he knows and really trusts. He has a chip on his shoulder, an attitude that is more hostile than friendly. He is not as open and chatty as he used to be. I just don't see the same child any more.

Jessy seems very to himself and not wanting to be bothered by anything or anyone--unless it's something HE wants. He cannot take no for an answer. If I tell him no he starts whining and fighting with me and says I don't care about him or love him because I won't give in on what he wants when he doesn't get his way. He's been in trouble at school. He steals money and other items from me and other family members to get what he wants, and then he lies about it. He was so brain washed that I can't get through to him that money and material items do not show love or what you think love is.

In the last few months, Jessy has been in trouble for leaving school. Over the past year he has gotten progressively worse. He's been caught smoking weed. He doesn't get it. He walks out of class before class ends, lies to his teacher, goes skating during school. He screams,

yells, and fights with his father and me. He's been very vulgar lately. As he's gotten older it's gotten worse. Blow ups are worse, and he refuses to talk about any of the things that are upsetting him. He got in trouble at school, and got cited. He was supposed to go to court, but he got into a diversion program to have him do counseling. I feel that a lot of what's going on is stemming from the abuse. I took him to the counselor, but he refuses to talk about the abuse. He cannot look at himself, and blames others for his behavior. He tells you what you want to hear. He lies to the counselor. He blames his teacher for missing assignments. His Dad and I took away skating privileges; recently his dad took away PlayStation, and they got into it. Jessy even argues with his grandma. Jessy has become vulgar, rude, and defiant with every authority figure, and this scares me for his future.

Jessy gets upset when asked to do chores or to help around the house, and he gets mad if his little brother follows him—he doesn't want to be bothered. Jessy just hides in room and plays video games. He doesn't want to join family for meals. He's retreating to people that are not the best influence and can smoke weed with. Jessy is still seeing a counselor, but he refuses to talk to the counselor about what happened with Will—like he's trying to build a wall around that. He has trouble expressing himself and he gets very angry and defensive. He was not like this before this happened. Jessy has changed completely since Will came into his life.  Will was molding Jessy for what they wanted and what they have created is destructive to Jessy.

Jessy manipulates me and his teachers and plays us against each other. He's not even trying to follow rules, or obey. He wants everything handed to him, and when he doesn't get his way, or if there are consequences because he's in trouble then he blames others rather than taking responsibility himself.  Jessy has no interest in earning money, and he does nothing to better himself. He wants everyone else to change, or to leave him alone. He has no sense of his own power to change his life; that has been taken from him.

In school, Jessy has average grades, but I have to constantly ride him to get him to do his work. Recently, he spent 2 days in the principal's office. He is my MOST challenging child. He's only happy if you're giving him something, doing something for him. He's never satisfied.  Jessy seems depressed and nothing can pull him out.

This has affected me and our whole family in so many ways from losing my job a few months after this all started. (Due to having to miss work to meet with DA and FBI and taking my son to appointments and so forth) to my personal relationships being questioned (questioning my kids about friends, family, babysitters etc. that they have spent time with). Life on a daily basis has just really become a constant battle with me and my husband and the whole family as well because his behavior has changed so drastically. It's caused so much conflict and fighting in our home with my husband and me because of his behavior, and Dad fighting with Jessy because he is nasty and rude and defiant. I use to LOVE to watch my child skate and do what he loves, but now I can't even think about it or even step foot into a skate park without thinking of this horrible ordeal and not think that all the older kids or adults there are out to do harm. I feel like this consumes my brain and energy most of the time. I am completely sickened by this. I now have to look into having my child's name changed and entered into a confidential address program to hide from these

predators in person and on the internet and any other sick person in this world. I live everyday with the fear that someone is going to recognize my child, stalk him, kidnap him and then could cause more harm than already done.

I do not trust or even relate to people like I use to. My view and opinions have changed tremendously on things in life. I know it's not right, but I find myself thinking everyone has some sort of ulterior motive and out to benefit only themselves and their own selfish ways. No one cares about you or your wellbeing, or accepts for yourself. This is a big Cold and lonely world and you are your only protector.  I am more hesitant to let my kids go anywhere or do anything for the fact I don't know what or who is lurking around the corner. Things can happen and change in the blink of an eye. I do not even trust close friends or family. I am constantly asking my children if anyone has harmed them or touched them or anything like that and trying to teach them what to do if this situation were to happen. I am a very social open person as is my family but, because of this whole thing we are not so much anymore, but more very observant, hesitate and second guess who to talk to and let into our lives. I know now to trust my gut!

It's horrifying to know that there are so many animals like the defendants who are looking at Jessy's images in the world—and I receive the Notices, so I am aware of how may sick, perverted people are out there.  I now have to be on guard and watch 24/7.  I hope and pray no one finds out or recognizes my child.  I am so angry and upset over this. I have no emotion or feeling for the defendants as individuals as I honestly do not even see them as human. I see them as an animal/predator. The innocence of a child has been taken and destroyed for what? Their own selfish reasons at which I can't even begin to fathom. I am so confused and at a loss for words really. I ask myself all the time what person in their right mind would find this behavior ok and appropriate? Then I remember the people who are trading in my child's images are not right with God. I must say I am glad they will be judged and held accountable for their actions but, there is nothing in this lifetime that will repair the damage, pain and suffering they have caused my child and our family. There is no punishment that will be greater than what God will lay upon them. I really hope that these perverts get the mental help that they need to understand and know that this all is not right and that they become one with Christ.

I think at this point we ALL just want it to be ALL done and over with. I wish someone would just pinch me so I can wake up from this horrific nightmare. I am so exhausted from trying to be stronger than I feel.

June 5, 2017.



VICTIM IMPACT STATEMENT

BY PIA'S MOTHER

"SWEET SUGAR" VICTIM

Regarding my daughter:

How has this crime affected my child's general well being? A crime of this magnitude
has had an enormous emotional effect on my child. My child's life has been changed
forever.  She is very aware of the images and videos that were produced and
distributed online. She is aware of the seriousness and vastness of this crime. This
crime creates a crippling insecurity in her and makes her worried and extremely
upset. The fear consumes her daily. Talking about this crime (the distribution of her
abuse images) causes her to feel sick almost to the point of vomiting. When her
siblings start to talk about anything related to this crime, she will ask us, her family,
to stop talking about it and will go on to say how she feels ill. She will shut down and
not want to talk about it. At times my child is full of anxiety, and does not know how
to express it. Sometimes she tries to just bury it. But, she is not able to keep it
buried, and it re-emerges in unexpected and unpredictable ways—often anger, but
also sadness. I believe that she worries that others will learn what has happened to
her, and that she will be shunned, ridiculed or victimized  by others who don't know
how to react to the reality that my daughter has to cope with. She is embarrassed
and humiliated, knowing that images that portray her in a sexual manner are
available for others to see.  She is afraid, as am I,  that she will be recognized by
those who have downloaded the images of her abuse. At times, she appears to be
depressed. At those times she is withdrawn, uncommunicative, sleepy, sometimes
tearful, occasionally paralyzed and unable to move forward or complete tasks that
she is quite capable of completing, appearing to be unmotivated, unable to
concentrate, and overwhelmed. It is as if this child has a huge burden that she has to
carry, and all of her energy goes into carrying that burden, so she has less energy for
everything else in life. She doesn't want to be defined as a victim, but she cannot
escape her victimization, and she can never put it in the past, because it is ongoing.
My child, the victim, understands that I, her parent, will do whatever is necessary to
keep her safe and be her voice in the ongoing criminal proceedings. I do not know
how to help her come to terms with what she continues to experience. I worry that
it may never be possible for her to "recover" from the ongoing abuse. I fear that she
may not be able to grow beyond it because she is forever that little girl, caught in
those images that are repeatedly viewed by the defendant and his ilk.

What physical injuries or symptoms has my child suffered as a result of this crime?
My child has prolonged major trauma that will mess with her mind for the rest of
her life. She is concerned for her appearance, and, at times, has asked to alter her
features to change her appearance. Around the time when our family was notified of
the crime of the circulation of her images, she wanted her hair style to cover her

eyes. She was so little and scared, that it was a possibility that other predators might notice her from pictures and videos that surfaced online so she tried to hide herself! At times my child is full of anxiety, and does not know how to express it. Sometimes she tries to just bury it. But, she is not able to keep it buried, and it re-emerges in unexpected and unpredictable ways—often anger, but also sadness. I believe that she worries that others will learn what has happened to her, and that she will be shunned, ridiculed or victimized by others who don't know how to react to the reality that my daughter has to cope with. She is embarrassed and humiliated, knowing that images that portray her in a sexual manner are available for others to see. She is afraid, as am I, that she will be recognized by those who have downloaded the images of her abuse. At times, she appears to be depressed. At those times she is withdrawn, uncommunicative, sleepy, sometimes tearful, occasionally paralyzed and unable to move forward or complete tasks that she is quite capable of completing, appearing to be unmotivated, unable to concentrate, and overwhelmed. It is as if this child has a huge burden that she has to carry, and all of her energy goes into carrying that burden, so she has less energy for everything else in life. She doesn't want to be defined as a victim, but she cannot escape her victimization, and she can never put it in the past, because it is ongoing.

How has this crime affected the way my child relates to his or her friends, either at school or in my neighborhood? Has the crime affected my child's school work in any way? I'd like to give you an example of how this crime has affected her in relation to social situations at home and school. At home, she is often afraid to go outside and play unless one of her family members is watching and keeping an eye on her. Mostly she has resorted to staying inside where she feels safe. She used to be such a carefree, outgoing little girl, not afraid of anything. The circulation of her abuse images has fueled a type of ingrown fear causing her to be withdrawn, often causing her to not want to engage in public events. Most recently, there was talk about a school project that the teacher had requested the students converse with an adult (a Community Political Party Leader) online, for the sole purpose of asking questions related to politics. My child was in no way comfortable communicating online with an adult, especially a stranger. She is afraid of the internet, and what she knows is out there.

My joy of parenting has been paralyzed. When I became a mom, never did I once think that my child would become a victim of sexual exploitation. Abused and molested over and over again through online child pornography. Sexual predators watching my little girl being coerced into performing degrading acts of cruel and violent abuse. My child's body being violated incessantly. She is my baby. Her well-being and my job to protect her is my concern. How is she protected from individuals such as this person? Individuals that willingly upload, possess and share videos of her? My older children are appalled to learn that these videos are in circulation. One of my children said to me, "But Mom, they can be removed forever, right?" How do I reply to a question like that? This particular individual somehow gained possession of the videos we speak of. How can I insure they will be removed forever?

I worry about my daughter's safety and wonder if she is recognized by other pedophiles when we are out in public. My trust in other people is forever tarnished. Neither I nor my child know: who has seen her images? What do people assume or believe about her, based upon what has been circulated on the internet? She does not want to be defined by her abuse, but she cannot escape it either. When we go to a public place, like a mall, a theater, a sporting event, I wonder: who here has seen my child's abuse? Like my child, I am suspicious of everyone, and I no longer believe in the goodness of other people. I fear that strangers may come after my child, seeking to perpetuate or re-enact the abuse they've witnessed, perhaps even trying to kidnap her. My child and I are defensive and fearful in ways that other children don't have to be—because their privacy isn't invaded on a regular basis by strangers, like the defendant.

Do you have any idea how this has affected us? Counseling is ongoing, but it can only help us cope with the reality—it cannot un-do the harm. Financially we have struggled greatly. My mental and emotional health has been affected due to the crime and has impacted my ability to work full time. Emotionally we have all had to manage depression brought on by the knowledge of the ongoing crimes.

As the parent, I try to be strong, but feel very weak. I am overcome with grief; I feel dead. I myself have been diagnosed with Post-Traumatic Stress Disorder. I have had to delicately handle my older children's emotional turmoil that they have experienced due to their knowledge of these crimes.

I look at my beautiful little girl and am heartbroken. I wish I could put a stop to this crime. Today I am her advocate. I am her voice. She is the victim of a horrible crime, that no one ever, especially a child, should ever have to go through. When she becomes an adult she will be retold the stone cold truth, about what is fully online and how she has been silently abused all these years. I know she will be livid but beyond that, what other life-long health issues will she encounter? It pains me to even imagine.

This defendant has damaged, demeaned and de-valued my child. He or she may tell the court they are sorry, but there is no actual accountability to my daughter for the ways that the defendant has harmed her.

To the defendant:

You make me angry. I stand here broken-hearted for my child. As the parent, I am devastated. How will this crime affect her future? My own mind can't even comprehend why an individual would seek to possess, distribute and watch images of my child being abused. I want to protect her and keep her safe. My well being is at stake. Insecurity runs rampant through all of us. It is a daily struggle to maintain strength. The uncertainty of who is watching or viewing my exploited child is killing me!

Your actions more than disgust me! How can you prey on helpless, innocent little kids? How could you deceive everyone? It's because of people like you that our trust

in others has been compromised. My kids attend school. Are they safe to do so? How many other people like you are there out there?

I want to keep my child in a bubble to ensure that she is safe from people like you. Unfortunately, her abuse is on the internet. How can I reassure her that those images and videos are no longer being circulated online?

Her little body is supposed to be her most valuable possession, and not intended to be available for unlimited exposure. She becomes powerless through your actions. I want to know how many times you indulged in watching my child be abused. How many other people did you share the abuse with? I want to make it clear to you that my child is not a sexual object or your toy! This child is my pride and joy. I love her more than anything in the world. Being a mom is all I have ever dreamed of. What I didn't ever dream of is her life being crushed by this horrendous crime.

I have prepared this statement to speak on her behalf. I am determined to be her advocate. I strive to be the best Mom that I can be. I sacrifice my needs for the sake of my child's needs. Unfortunately, it's apparent that you and people like you selfishly pursue your own self-interest with no regard for the harm inflicted upon my child. You make me sick. Have you any remorse? Because my child has to live the rest of her life knowing that she was and is still being looked at and watched by people like you.

No court order can restore what you have taken from her—and what she is exposed to by the continuing circulation of her images to others, with no regard for her, as a child, as a person. I want you to understand the damage you have done to my daughter. I want you to understand the tremendous costs she bears and I bear for the damage you have done by invading my daughter's privacy and circulating her images.

I swear and affirm that the above statement is true and accurate.

Dated this _27th_ day of March, 2019.

# Addendum to Victim Impact Statement

ADDENDUM TO VICTIM IMPACT STATEMENT

I'm in disbelief that I am actually having to explain the on-going suffering of my daughter(s) in point form. Each criminal found guilty of contributing to the exploitation of my girls should be handed a sentence that includes restitution for them.  The restitution is justice for my daughters.

I have four children that each have different needs at different times.  In the last few months I've been trying to keep Pia's head above the water. This little girl is in a downward spiral. She is at an age that she wants larger answers and yet it is not in her best interest for her own health and wellness to be exposed to the gross details of her abuse.  It would be even more detrimental to her development.  It pains me to have to explain myself and the situation she is having to deal with.  I myself have to remove my protective layer and feel completely violated and vulnerable (just like my girls must feel each and every time they need to be evaluated) just to prove that my children deserve restitution.

I've been dealing with a little girl who talks daily about not wanting to exist anymore. A little girl whose pain is so great and who feels so hopeless and angry that she talks openly about wanting to kill herself.  She has become more depressed and anxious as she is maturing and growing, and as she understands to a greater depth the ongoing crimes committed against her.  She will not socialize with peers outside of school.  School attendance is irregular and I am working with the school counsellor.  My daughter had a breakdown at school just last week when she was speaking to her school counsellor. She is easily overwhelmed by her emotions. Her counsellor was very worried and concerned about her talk about suicide.  Pia will be seeing a new counsellor, soon. It's not a problem that will ever be solved but it is the only option out there to teach her how to manage the continuous pain experienced  from the existing ongoing abuse she must endure.

DATED THIS 30 DAY OF JUNE, 2019.

To Whomever it may concern

I am a victim of child molestation and rape. I was filmed, photographed and exploited so others could watch. The person who did this to me made it so that not only could he get what he wanted, but so that other pedophiles could share and extend my abuse and rape. They share photos and videos of me, sell them, and keep a succession of my torture going on forever. It never ends. It is never over. It keeps coming back, day after day after day,, year after year, and I can never escape it.

I have to deal with this on a daily basis. Nobody whose images of their rape and torture are on the internet can live normally again. I find it hard to talk or be around people,  including y family. I have wanted to try therapy, but the thought of talking about what is continuing to happen is horrifying in itself. Interactions with people are stressful to me. I constantly wonder if someone I know knows about the videos, or if they don't know, if they will find out.

Having photos and video on the internet is sickening. You don't know who has seen them. When someones eyes wander too long it's hard not to wonder if they recognize me. Having these images and videos out therefor anyone  to see makes me wonder all the time who has witnessed my abuse and rape and did nothing but keep and share it. I want to consider vocational rehabilitation, in hopes that I may, some day, be able to have a job, to contribute to the support of my family, but knowing that I could encounter someone who has seen the images of my abuse makes me fear situations where I may be recognized by strangers who have witnessed my abuse.

When I was in middle school some kids found out about my past from their older siblings. I was bullied relentlessly until I had to switch schools. Then again at 16 a man 30 years older than me came onto me. He asked for pictures of me! I couldn't believe at 16 another man was trying to exploit me. I broke down and told a fellow employee. He told our boss and the older man was shortly transferred. Had he seen the images and he wanted more? Did he think I would welcome his attention because of what he had seen?

I want to try to have a normal life, and I am trying, but I am afraid of being recognized or discovered and exposed, again. I fear talking to strangers, employers, and acquaintances. I fear that someone will recognize me, and that my past could be revealed to everyone around me. The worst moments of my life are forever being re-played on the internet. That is no t the part of me I want people to see and know, and yet, so many people are interested in the worst moments of my life. They make assumptions about me that are wrong, based upon what they have seen on the internet, not who I was then or who I am now or who I could be in the future.

I can never feel secure, in any situation. I can never know how many people have witnessed my abuse. Although I know I am not responsible for what happened to me, I still feel great shame about the ways that others can see me portrayed. It is not how I would choose to be seen or known. And I don't even know who is looking at me! I cannot imagine what kind of panic I would go in if someone on the street would identify me.

How would anyone process that? Nobody should live in fear of bumping into a pedophile on the street and not knowing they have pictures of you or some other poor soul in their possession. But I know that there are a lot of people who have see my images on the internet. I don't even know how many; I don't think anyone knows.

I have hundreds of notices of people who have been arrested with disgusting pictures of me, pictures created for other perverts and that doesn't even include how many who are never arrested, who are still walking the street, who find pleasure looking at images of a child being defiled by an adult. For the rest of my life, someone will always be looking at me when I was just a little girl. Someone watching, taking advantage of a helpless child to find sexual release from crimes against a child. The biggest horror to me is if someone were to be caught with images of me and not convicted or locked up. I fear that the pedophiles who are searching and finding my images might not be satisfied with just looking at what happened to me, and might go rape and ruin another child.

If you have children, like I do, you would know that these people do not change. They cannot be helped. It doesn't affect you until it happens to you or a loved one. I don't trust anyone but my husband with our child. I become overwhelmingly protective of my own children because I know it can happen to anyone, because it happened to me.

Dated this 11/23/2017 day of November 2017.

Victim Impact Statement

"Jenny"

I'm 18 now and so I am writing this to have my own voice in my victimization when I was a child.

 I was only seven when my predator began molesting me and photographing me.  It went on for two years before they found him on the internet sending pictures of me to men.  Then they found me after arresting him, but my life has never been the same.  I have lived my life uncomfortable with men and boys around.  I am always conscious of my clothing and making sure no one can see any parts of me.  I worry about the pictures of me that are out there and I hate that others see them.  I have feared over the years that someone would recognize me in public.  I wish only that every single one can be found and destroyed someday.  It is upsetting thinking about them and I want them to go to jail for doing it.

Not many people know what happened to me and if they know anything it is not the whole truth.  I don't want people to know and I want to forget it but I cannot do that all the time.  I want to shut off my brain so many times.

 I want my perpetrator to stay in jail forever and I fear when he gets out.  It has been so hard to trust anyone, even family and friends sometimes, since he did those things to me.  I went to therapy for a while but I stopped because I just wanted to forget it.  With the pictures still out there I can't.

VICTIM IMPACT STATEMENT FOR
HONOR-BLOCK PJS SERIES AND FELIPE-TOWEL GREEN SERIES

I am the mother of two young boys whose lives have been forever changed by the circulation of their sexual abuse images.

Both of my children are very troubled, and have numerous difficulties in every aspect of their functioning.

My younger son is easily frustrated, and when he becomes frustrated, he hits himself in the head, and says he can't think. He often resorts to anger, violence and destruction. He has destroyed numerous iPads, thrown a remote control at the television, breaking the television, and he has broken two X-boxes. We did have a series of books about trauma, and he was particularly interested in having those books read to him.

When my older son gets angry, instead of lashing out, like his brother, he often gets silent, and retreats. He disappears without telling anyone where he is. Sometimes he says hurtful things when he's upset, especially to his younger brother, and then afterwards he feels bad, but has difficulty making amends for his hurtful statements.

School is a problem for both boys. They have difficulty concentrating and focusing. They are easily distracted. Both boys have IEPs (Individualized Educational Plans) since the abuse and the circulation of the images of their abuse. My oldest excels in Physical Education, Art and Social Studies, but he is failing in Math, Science and Language Arts. He says he hates school; it's like being in prison. I have tried to reward him for good work and withhold privileges, like his favorite video games on X-Box, Oculus or Play Station, for poor performance. But I know that he is struggling to maintain his composure, to pay attention, and to blend in with other kids, while trying to learn.

Although we were told that the boys would receive counseling at school that really hasn't been available for them. It is clear to me that they need so many things: counseling and educational support, for starters. But it has been incredibly difficult to arrange for them to get needed services.

Both boys have difficulty sleeping at night. I can't turn off the lights. I leave on a light in the living room, and in their bedroom (they share a room). When one

boy wakes up, so does the other. Then they wake me. Their sleep (and mine) is disrupted most nights, and I'm sure that lack of real rest affects their performance during the day.

I try to limit them from playing too many computer or video games, but I don't want to be a "mean mom." It is a delicate balance to provide structure and discipline, and also to be able to give them the comfort and the space to be themselves and find joy that I know that they need. I understand that much of their acting out is because of what happened to them, but there is no way I can erase their memories or make them forget the past.

The boys have a good relationship with their Dad, and we work together to try to provide the boys with stability and security. Parenting the two of them definitely requires the two of us, working together. I depend on God as much as I can; if it weren't for Him I don't know where I'd be. I try to share my faith with the boys, in hope that God will help them recover from what has been done to them. The burdens that they carry are too much for two young boys.

Signed this **10**th day of April, 2023.

_____
Mother of "Honor" and "Felipe"