October 22, 2020

Victim Impact Statement

**To Whom it May Concern:**

The name I go by is Andy from Utah, I am a male victim of child sex abuse and child pornography. My sexual abuse occurred from the ages of 6 – 12. During this time my victimization was documented and shared across the country, and is continuously being shared. My series of victimization is known as the Sponge Bob Series. The images and videos taken of me being sexually abused are one of the most widely distributed male victim series in the country.

The aspect of my victimization that is hardest to deal with is the child pornography.  There are over 500 cases where criminals are either under investigation, charged or sentenced with being in possession of my images. The fact that my images are out there, and are being shared every day, is something that I think about and have to deal with every day of my life.

Since learning about the widely shared pornography, I have experienced negative changes in my life, my personality, my outlook on life and the world, and my ability to trust and interact with people.  One of the main issues I deal with is anger—especially to male strangers.  I am naturally suspicious, even when I see people in grocery stores or walking around my community.  I fear that someone has viewed the pornography showing my abuse.  I fear that I will be recognized.  I struggle with extreme anger and trust issues.  Some of this anger has lead me to act out aggressively—sometimes to strangers, other times to family members, friends and even though who are just trying to help me.  I find it difficult to regulate my hatred, suspicions and fears.  Unfortunately, to cope with my anger and to deal with the knowledge of my abuse being looked at—probably on a daily basis—I also turn to other destructive diversions such as drugs and alcohol.  How else can someone live with what is happening to them over and over again?  Through some therapy, I am trying to learn other coping skills but it is hard and it is a daily struggle.

I THINK ABOUT THE CHILD PORNOGRAPHY EVERY DAY!  There is not one day that goes by that I don't think, with hatred, about the sick and disgusting people who view, trade, save and "get off" on my abuse when I was just a little kid and couldn't defend myself.  It is sickening.  I feel that every single criminal that is found with mine or another child's images should be held accountable for the highest amount possible to help us victims repair our lives.  Each pervert who finds pleasure in my childhood abuse should suffer the fullest consequences of the law—be that prison, strict parole conditions, restitution, counseling, and, they should NEVER be allowed to be alone with little kids.

Now that I am over the age 18, I am in more fear. I worry about these perpetrators coming after me and harming the children in my life. I think about this every day.

My images may never be taken off the internet and may always be circulating across the country, but in THIS case, with THIS defendant, I ask for justice to be served.  Please hear my voice and know it is difficult for me to know there are defendants out there, like the one before you at sentencing.   Please hold him accountable for his harm of me.    With restitution, my hope is that I can start to heal, learn how to handle my circumstances, and build my life.

Thanks,


Andy

*Andy is my pseudonym to keep my identity private; my true identity can be confirmed by speaking with my attorney's.

## STATEMENT OF JOHN DOE II

I am a young man, John Doe II, who is a victim of child sexual abuse and child pornography.  My life will never be the same because of this abuse.  Unfortunately, the pictures of the abuse continue to be shared throughout the world.  I am angry that these photos are still out there.

The sexual abuse began when I was only nine years old and I was placed in a home.  I lived with five other boys in the house.  Under the sexual abuser's care, I was both sexually assaulted and photographed by him on almost a daily basis.

The sexual assault and abuse I experienced were really awful sex acts, including oral and anal rape, urination, and masturbation. My abuser photographed hundreds of graphic sexual photographic pictures of us and shared these pictures on the internet with like minded perverts.

I was asked, well how did this particular abuser victimize me?  Each time someone downloads the pictures showing me being raped and abused I picture some pervert masturbating from my pain.  Each victim notification envelope represents someone who sexually enjoys seeing me hurt. from me and that these images are still being traded. How can I escape them?

This is not Napster, where people pirated music for free. It's not bootlegging a movie released in the theater.  When people are caught downloading music and movies illegally, they are fined in order to protect the musicians and actors.  This ensures the actors and their backing corporations are paid and protects those industries by deterring others from criminal activity.

No, the distribution of child pornography is considerably worse than illegal downloading music or bootlegging movies.   Listening to music is legal and is enjoyed and accepted in our culture.  Child pornography is a sick and messed up world where children are sexually abused for the pleasure of an adult.  Who is protecting me from this vicious cycle?

I don't know what the future will hold.  This makes me angry and sad to think that someone else is profiting off of my pain.  Currently, I have difficulty maintaining a job.  If I apply for a job that needs a background check, I am worried that these pictures will surface.  What if someone recognizes me, what if someone finds out?

When a market exists for child pornography, it will continue.  I am constantly victimized, knowing the awful truth that I can never escape these photos.  I know I need counseling and help.  My life continues to get worse, not better.  My abuser stole my childhood and each of these defendants, who posses pictures of my abuse, steal my life.  Each of these defendants keeps the cycle going by keeping the pictures circulating.  I do not think I will ever fully heal until these graphic pictures are removed from the internet.  Until then, this painful cycle continues.

Sincerely,  John Doe II

## 8 KIDS SERIES – JOHN DOE IV VICTIM IMPACT STATEMENT

My name is John Doe IV and I am a victim of sexual abuse and child pornography.

When I was young I was taken from my parents because they used drugs. My brothers and I were brought to "Stu's" house. While I was living with Stu, Stu sexually abused me and my brothers. I know that the pictures are awful and feature me being sexually abused by Stu and the other boys. I was also told that I am in the most pictures that Stu took, which must mean I was his favorite. I was only five when Stu abused me. I should have been playing with trucks at that age instead of being sexually abused.

I currently live at home and spend a lot of time there. My social life has been heavily impacted because I really do not like to be away from home a lot. Sometimes when I walk down the sidewalk I think people are staring at me. I do not have a girlfriend and I do not have many friends. I am scared that the friends that I do have will find out what happened to me.

I am not sure what I am going to do with my life. I think about suicide sometimes. I wish I could have a normal life.

I have been told that there is no way to stop these pictures from being traded on the internet. This makes me so angry because the trading of pictures of me will never go away. I will always be on someone's computer or phone, with someone enjoying looking at pictures of me being hurt. I would like to erase these thoughts from my head but I can't. Most of the time I feel helpless and alone.

Thank you for listening to me.

John Doe IV