Dear Honorable Judge,

      I am writing this letter asking for the courts to have leniency on my cousin Christopher (Chris) Cotton. I understand the seriousness of the offense in which he is being accused but I pray for some mercy due to this is not the Chris that I have known.

If I may share with you, Chris comes from a nice, stable middle-class family with loving parents and sibling.  As a child, Chris has always been laid back, easy going quiet and most importantly respectful.  These same traits has carried over into his adulthood.  I have never, ever seen Chris out of character, disrespectful nor angry.  His laugh and smile is infectious and his sense of humor is appreciated.  He has always been willing to help anyone in need and or ask, even down to the kittens that were in distress which he took in and nurtured back to health.  Just a very gentle soul.  I'm speaking of a young man that in my 57yrs of living have never heard a curse word come out of his mouth and in my opinion that speaks volumes to the youths of today.

The Chris for which these offenses are being presented is not the man my heart knows.  However what I can tell you that my heart does know is that society, friends, and acquaintances takes advantage of people like Chris (giving, helpful and concerned).  Nice people just don't seem to win in this selfish, cruel world we call life.

In conclusion, as you can tell Chis is deeply cared for and loved.  He is truly and deeply sorry for the offense for which he is being accused, never mentally nor comprehending the depthness of such actions.  Whatever internal hurt and dark moments that Chris was experiencing and going through, I wish we as a family would have been able to identify the signs or need for help.

Please have mercy!

Sincerely,

Tracy