Jacquelyn Ervin
507 Greenway chase CT
Florissant, MO 63031

Dear, Honorable Judge White my name is Jacquelyn Ervin; Christopher's aunt.   My profession was a Master Teacher and life coach for 14 to 18 years old Foster Youth.

I've enjoyed my relationship with my cheese burger buddy (Christopher). Chris is a very pleasant person with lots of energy.  His smile is sweetly innocent and he's a loving young man.

He would come and hang out, eat, talk and watch TV with me when I moved to my home in St. Louis.

He often spoke of being independent, moving out of state and making it on his own.

Chris was also very adventurous.  As a young man he liked camping, fishing, bike riding, hiking, the beach and other outdoor activities when visiting me in California.

As Christopher grew older he started distancing himself from family, being alone and seemingly depressed.

I'm sorry to know that he felt he couldn't talk to anyone regarding his curiosities.

 I'm sorry about what happened in its totality.

I believe Christopher to be basically a honest good human being; however, mislead I also believe Christopher could benefit greatly from some therapy and/or counseling.

I pray that all parties affected by this horrible situation find healing and peace.

Finally, I ask for mercy for my nephew and that he receives the help he needs.


Respectfully,
Jacquelyn Ervin