**Victim Impact Statement**

I don't remember everything that happened to me.  But I do know I was molested by a lot of men for three years and that there are images of it on the internet.  I am scared of that because I look similar to when that happened so it would not be hard to put my face together with those images.

The ongoing harm of what happened to me impacts me every single day.  I cry multiple times a day and it's exhausting. I feel like everything in life in pointless.  I am just existing.

I have horrible insomnia and anxiety.  My mind goes blank a lot during the day.  I often sit and stare and I can't hear anything.  I am easily angered and certain sounds like voices, door slamming, wind blowing, and hairdryers, and certain smells really bother me.  I am overwhelmed with emotion, anger and sadness, every day.

I have a constant fear of disappointing people or thinking they are angry with me.  I will do anything and everything for validation from everyone in my life. I know this comes from what happened to me.  I feel like there are so many things wrong with me and I know it comes from this on-going nightmare.

I can't trust anyone because of all this.  I can't open up to people and I can never tell anyone anything.  I am afraid people will think I am crazy.  I don't feel close to anybody.  I don't think I'll be able to get married because of all this.  I don't like men.  I never want semen inside of me, so I guess that means I won't have children.

I am so angry that the images are out there and can't be taken down.  I feel like the images will always be out there.  I think I am too broken to be fixed.

CHAR2\2804722v2