Hello Your Honor,

My name is ▓▓▓▓▓ and I am the mother of one of the victims that the defendant had images of. My family's nightmare became known in 2019, and as you can imagine our lives have completely flipped upside down. My daughter suffered eight years of abuse by her birth father which started when she was only 6 months old. It took two long years for my ex-husband to be sentenced to over two hundred years in prison, and the pain never goes away when realizing this is reality.

I do not know the defendant's name as my attorneys are kind enough to take care of this for my daughter and I. To know that media of my daughter's worst moments of her life are out there for other perpetrators to look at is completely heartbreaking. My daughter has been diagnosed with PTSD and has been participating in weekly therapy since we all found out, and I look at everyone differently.

My fear is how she will react to the situation when she is older and knows that her images are out there on the internet. I worry about how this will affect her mentally and emotionally when she understands what occurred. This will also need to be addressed in her lifelong therapy to be able to process these emotions and thoughts safely.

To know that there are people that get enjoyment from watching my daughter be tortured is a feeling that I would never wish upon my worst enemy. Not only are these images being looked at disgustingly by adults, but to know that they may be forever out there due to them also being distributed is a never ending nightmare. The only positive that comes out of this is that the justice system is able to find these people and put them behind bars. Just because these villains aren't physically harming my daughter themselves does not mean they have not caused great harm. They are a reminder that my daughter's abuse was real.

Thank you for your time and for hearing me out.

Sincerely,

A Broken Mother